**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Gilbert Arreazola

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>GILBERT ARREAZOLA,<br><br>          Defendant. | ) Case CR.S-13-0052 TLN<br>)<br>)<br>) **STIPULATION REGARDING**<br>) **EXCLUDABLE TIME PERIODS**<br>) **UNDER SPEEDY TRIAL ACT;**<br>) **FINDINGS AND ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION**

Plaintiff United States of America, by and through its

counsel of record, and defendant, GILBERT ARREAZOLA alone, by and

through his respective counsel of record, hereby stipulate as

follows:

1.   By previous order, this matter was set for status on

February 4, 2016.

-1-

2.    By this stipulation, defendant now moves to continue the status conference until April 7, 2016, at 9:30 a.m., and to exclude time between February 4, 2016, and April 7, 2016, under Local Code T4.  Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

     a.    The government has produced discovery associated with this case. There are, to date, 292 pages of written or photographic material and 9 compact disks of recorded audio materials. In addition, the parties are close to resolution, having been actively engaged in plea negotiations.

     b.    Counsel for defendant and plaintiff request additional time to resolve this matter following an extensive debriefing by the defendant.

     c.    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d.    The government does not object to the continuance.

     e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

1    f.   For the purpose of computing time under the Speedy

2  Trial Act, 18 U.S.C. § 3161, et seq., within which trial must

3  commence, the time period between the date of the parties'

4  stipulation, February 2, 2016 and the new status conference on

5  April 7, 2016, inclusive, is deemed excludable pursuant to 18

6  U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results

7  from a continuance granted by the Court at defendants' request on

8  the basis of the Court's finding that the ends of justice served

9  by taking such action outweigh the best interest of the public and

10  the defendants in a speedy trial.

11

12    4.   Nothing in this stipulation and order shall preclude a

13  finding that other provisions of the Speedy Trial Act dictate that

14  additional time periods are excludable from the time period within

15  which a trial must commence.

16

17    **IT IS SO STIPULATED.**

18

19    DATED: February 2, 2016       /s/ Jason Hitt

20                                  Assistant United States Attorney

21    DATED: February 2, 2016       /s/ Michael Bigelow

22                                  Counsel for Defendant
                                    Gilbert Arreazola

23

24

25

1

2                               O R D E R

3

4        The Court, having received, read, and considered the

5   stipulation of the parties, and good cause appearing therefrom,

6   adopts the stipulation of the parties in its entirety as its

7   order.  Based on the representation of the parties and good cause

8   appearing therefrom, the Court hereby finds that the failure to

9   grant a continuance in this case would deny defense counsel

10  reasonable time necessary for effective preparation, taking into

11  account the exercise of due diligence.  The Court finds that the

12  ends of justice to be served by granting a continuance outweigh

13  the best interests of the public and the defendants in a speedy

14  trial.  It is ordered that time beginning from the parties'

15  stipulation on February 4, 2016 up to and including the April 7,

16  2016, status conference shall be excluded from computation of time

17  within which the trial of this matter must be commenced under the

18  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B)

19  (iv) and Local Code T 4, to allow defense counsel reasonable time

20  to prepare.

21

22       **IT IS SO ORDERED.**

23

24       Dated: February 2, 2016       _____
                                        Troy L. Nunley
25                                      United States District Judge

-4-