**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Gilbert Arreazola

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case 2:13-CR-0052 TLN |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING SENTENCING** |
| GILBERT ARREAZOLA, | ) |
| Defendant. | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, GILBERT ARREAZOLA alone, by and through his respective counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on February 2, 2017.

-1-

    2.  By this stipulation, defendant now moves to continue the sentencing until March 2, 2017, at 9:30 a.m., and to exclude time between February 2, 2017, and March 2, 2017, under Local Code T4.  Plaintiff does not oppose this request.

    3.  The parties agree and stipulate, and request that the Court find the following:

        a.  Counsel requests the additional time because of scheduling issues and the need to further consult with defendant re certain sentencing issues.

        b.  The government does not object to the continuance.

    4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: January 27, 2017        /s/ Jason Hitt
                               Assistant United States Attorney

DATED: January 27, 2017        /s/ Michael Bigelow
                               Counsel for Defendant
                               Gilbert Arreazola

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the representation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that time beginning from the parties' stipulation on January 27, 2017 up to and including the March 2, 2017, shall be excluded.

**IT IS SO ORDERED.**

Dated: January 27, 2017

_____
Troy L. Nunley
United States District Judge